In the Matter of the Petition of DAVID HEYMAN and Others to Render and Settle Their Intermediate Account as Trustees of the Last Will and Testament of FRANK GROSSBARD, Late of the County of Kings, Deceased. FRANCES LERMAN and Others, Appellants; GUSSIE GROSSBARD, Individually, and NATHAN D. SHAPIRO and Others, as Trustees, etc., of FRANK GROSSBARD, Deceased, Respondents.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs payable by the appellants personally. No opinion, Present — Hagarty, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

In the Matter of AUBREY McCAFFREY, Plaintiff, v. ARTHUR E. HOWLAND, Chief Engineer and General Manager, Long Island State Park Commission, Defendant.— Judgment is unanimously directed in plaintiff's favor on the agreed statement of facts, without costs. In our opinion service by the plaintiff for the county of Westchester comes within the meaning of subdivision 4 of section 2 of the State Civil Service Law, and plaintiff's time in such service shall be computed in determining plaintiff's status under section 31 of the State Civil Service Law. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

JOSEPHINE K. LEDDY, Respondent, v. JOHN H. LEDDY, Appellant.— The amount of the fine imposed upon the defendant by the order adjudging him to be in contempt is reduced by the sum of $165.94 to the sum of $997, and as so modified the order is affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

ROSE LEVINE, Appellant, v. LOUIS LEVINE, Respondent.— Judgment reversed on the law and the facts, without costs, and a new trial granted to furnish the plaintiff an opportunity to present further testimony on the part of the witness Steinbach, or any other evidence that she may produce. For the purpose of granting a new trial all findings of fact are reversed. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.